**In re CLOUDING CORP., Appellant.**

**No. 2015–1615.**

United States Court of Appeals, Federal Circuit.

Jan. 15, 2016.

Tarek N. Fahmi, Ascenda Law Group, PC, San Jose, CA, argued for appellant.

Frances Lynch, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Thomas W. Krause, Michael Sumner Forman, Monica Barnes Lateef, Scott Weidenfeller.

ROST, Chief Judge, MOORE and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**